AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00047 |
| CHRISTOPHER CARNELL | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 2/27/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHRISTOPHER CARNELL,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstructing, Influencing, or Impeding Any Official Proceeding
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(A) - Entering or Remaining on the Floor of a House of Congress, and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 02/28/2023

*Issuing officer's signature*: G. Michael Harvey (Digitally signed by G. Michael Harvey, Date: 2023.02.28 11:29:48 -05'00')

City and state: Washington, D.C.

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 2-28-23, and the person was arrested on *(date)* 3-2-23
at *(city and state)* RALEIGH, NC.

Date: 3-2-23

*Arresting officer's signature*

JOHN GABBARD (FBI-TFO)
*Printed name and title*